# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

143808

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
          Plaintiff-Appellee/
          Cross-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
          Defendant-Appellant/
          Cross-Appellee,
and

ALLSTATE INSURANCE COMPANY,
          Defendant.
_____

SC: 143808
COA: 294324
Ingham CC: 08-001249-NF

      On order of the Chief Justice, in light of the order today granting adjournment of the argument in *Grange Insurance Co* v *Lawrence et al*, No. 145206, the oral argument on the application for leave to appeal in this case, which involves similar issues, is also adjourned to the April, 2013 session calendar.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2013

_____
Clerk